IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY J. WEISS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. _____ |
| DAVID HIRSCH, | : |
| Defendant. | : |

## PRAECIPE FOR ISSUANCE OF WRITS

TO THE CLERK:

Issue writ of execution in the above matter, directed to the United States Marshal;

(1)  Against   David Hirsch

(2)  AMOUNT DUE            $104,673.74*

\* Plus Interest from 9/26/06 at 8% per annum until the judgment is paid in full plus additional reasonable costs and attorney's fees that Weiss is or has been awarded in this matter or in any related post-judgment proceeding

Dated: July 27, 2007

John D. Demmy (No. 2802)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Facsimile : (610) 371-8515
E-mail: jdd@stevenslee.com

*Attorneys for Jeffrey J. Weiss*

SL1 739851v1/102723.00001