IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY J. WEISS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. _____ |
| DAVID HIRSCH, | : |
| Defendant. | : |

**WRIT OF EXECUTION NOTICE**

This paper is a Writ of Execution. It has been issued because there is a judgment against you. It may cause your property to be held or taken to pay the judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you wish to exercise your rights, you must act promptly.

Exempt Property. The law provides that certain property cannot be taken. Such property is said to be exempt. There maybe exemptions that may be applicable to you. You may have other rights.

If you have an exemption, you should do the following promptly:

    (1)    Fill out the claim form and demand for a prompt hearing.

    (2)    Deliver the form or mail it to the United States Marshal's Office.

You should come to court ready to explain your exemption. If you do not come to court and prove your exemption, you may lose some of your property.

Property Belonging to Another Person. If there is property at your residence [or in your bank account] that belongs to another person or that you own with another person, you should notify that person so that he/she can file a Property Claim or other legal papers with the United

United States Marshal's Office to prevent his/her property from being taken or sold at a United States Marshal's sale to satisfy your debt.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUR WHERE YOU CAN GET HELP.**

> LAWYER REFERRAL SERVICE
> Delaware Bar Association
> P.O. Box 7306
> Wilmington, DE 19803
> (302) 478-8850

SL1 739851v1/102723.00001