IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY J. WEISS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. _____ |
| DAVID HIRSCH, | : |
| Defendant. | : |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL:

To satisfy the judgment plus interest, costs, fees and all other recoverable amounts against:

**David Hirsch, Defendant**

(1) **YOU ARE DIRECTED TO LEVY UPON THE PROPERTY OF THE DEFENDANT(S) AS FOLLOWS:**

Serve Charging Order, issued by the Court with respect to Defendant Hirsch's membership interests in AAFCAP, LLC, a Delaware limited liability company, which can be served through its registered agent, The Company Corporation, 2711 Centerville Road, Suite 400, Wilmington, DE 19808, requiring AAFCAP, LLC to pay to the Court registry any and all present and future distributions, reimbursements, credits, draws, or payments due to the Defendant Hirsch;

Serve Charging Order, issued by the Court with respect to Defendant Hirsch's membership interests in AAFCOR, LLC, a Delaware limited liability company, which can be served through its registered agent, Delaware Business Incorporators, Inc., 3422 Old Capitol Trail, Suite 700, Wilmington, DE 19808, directing AAFCOR, LLC to pay to the Court registry any and all present and future distributions, reimbursements, credits, draws, or payments due to the Defendant Hirsch.

and to notify each of AAFCAP, LLC and AAFCOR, LLC that:

(a) attachments by Charging Order has been issued;

(b) they are enjoined from transferring, diluting, selling, encumbrancing, pledging, conveying or otherwise dissipating Hirsch's interest in either AAFCAP, LLC or AAFCOR, LLC, until further Court order; and

  (c)  directing each of AAFCAP, LLC and AAFCOR, LLC to pay to the Court registry any and all present and future distributions, reimbursements, credits, draws, or payments due to the Defendant Hirsch until the Judgment plus any other recoverable costs or attorney's fees that Plaintiff has been awarded or has incurred in this or any other related proceeding is satisfied in full.

(2) **IF PROPERTY OF THE DEFENDANT(S) NOT LEVIED UPON AND SUBJECT TO ATTACHMENT IS FOUND IN THE POSSESSION OF ANYONE OTHER THAN A NAMED GARNISHEE(S), YOU ARE DIRECTED TO NOTIFY HIM (THEM) THAT HE (THEY) HAS (HAVE) BEEN ADDED AS GARNISHEE(S) AND IS (ARE) ENJOINED AS ABOVE STATED.**

AMOUNT DUE          $104,673.74*\_\_\_\_

\* Plus Interest from 9/26/06 at 8% per annum until the judgment is paid in full plus additional reasonable costs and attorney's fees that Weiss is or has been awarded in this matter or in any related post-judgment proceeding     $_____

(Costs to be added)        $_____

David W. Thomas, Marshal

By_____
        Clerk

Date_____

In the United States District Court
For the District of Delaware
CIVIL ACTION
No. _____

Jeffrey J. Weiss,

                Plaintiff,

    v.

David Hirsch,

                Defendant.

## WRIT OF EXECUTION

| | |
|---|---|
| Real Debt | $104,673.47* |
| * Plus Interest from 9/26/06 at 8% per annum until the judgment is paid in full plus additional reasonable costs and attorney's fees that Weiss is or has been awarded in this matter or in any related post-judgment proceeding | $_____ |
| **COSTS PAID:** | |
| *Clerk* | $_____ |
| *U.S. Marshal* | $_____ |
| *Statutory* | $_____ |
| Costs due Clerk | $_____ |

John D. Demmy
Stevens & Lee, P.C.
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
(302-425-3308