IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY J. WEISS, | § |
| *Plaintiff,* | § |
| v. | § |
| DAVID HIRSCH, | § |
| *Defendant.* | § |

U. S. DISTRICT COURT - DE
MISC. CASE # 07-148

## SHOW CAUSE ORDER

Plaintiff Jeffrey J. Weiss ("Plaintiff") has filed an Application for Charging Order against Defendant David Hirsch. The Application arises out of a judgment in the principal sum of $104,673.74 entered against Defendant Hirsch in the United States District Court for the District of Colorado, in the case styled *Tarasiewicz v. Weiss et. al*, No 05-cv-01834-MEH-PAC. A judgment in favor of Plaintiff was entered on February 20, 2007.

Plaintiff has registered the judgment in the United States District Court for the District of Delaware. Plaintiff now seeks a charging order against Defendant's interest in two Delaware limited liability companies, AAFCAP, LLC and AAFCOR, LLC.

A show cause hearing is set for SEPT. 6, 2007 at 9:15 A.M in the courtroom ~~of~~ 4B. Defendant David Hirsch as well as representatives of AAFCAP, LLC and AAFCOR, LLC may attend this hearing, then and there to show cause why a charging order should not issue as requested by Plaintiff. Defendant David Hirsch as well as representatives of AAFCAP, LLC and AAFCOR, LLC may also file a written response to the Applications on or before AUGUST 22, 2007. Plaintiff may file a reply to any response by AUGUST 29, 2007.

Pending a determination of the Plaintiff's Application for Charging Order and the relief requested therein, Defendant Hirsch together with all persons having knowledge of this Order are restrained and enjoined from the transfer, dilution, sale, encumbrance, pledge, conveyance or otherwise dissipation of the Hirsch's interest in AAFCAP, LLC and AAFCOR, LLC.

The district clerk is directed to send a copy of this Show Cause Order to:

David Hirsch
11193 La Cantera Trail,
Frisco, TX 75034

AAFCAP, LLC, by and through its registered agent,
The Company Corporation,
2711 Centerville Road, Suite 400,
Wilmington, DE 19808

AAFCOR, LLC, by and through
its registered agent, Delaware Business Incorporators, Inc.,
3422 Old Capitol Trail, Suite 700,
Wilmington, DE 19808

SO ORDERED.

Signed on August 15, 2007.

_____
JUDGE