IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY J. WEISS, § | |
| § | |
| *Plaintiff,* § | |
| § | Misc. Civil Action No. 07-148 JJF |
| v. § | |
| § | |
| DAVID HIRSCH, § | |
| § | |
| *Defendant.* § | |

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff Jeffrey J. Weiss hereby certifies as follows:

1.     On August 17, 2007, I caused true and correct copies of the letter attached as Exhibit A to this Certificate, the Plaintiff's Application for Registration of Foreign Judgment and for Issuance of Charging Order (Docket No. 1) and the Show Cause Order signed by this Court on August 15, 2007 (Docket No. 5) (together, all three documents will be referred to as the "Documents") to be served upon the following persons by the means indicated:

Max Brewington, Esquire
Max Brewington, Attorney at Law
111 N. Houston Street, Suite 205
Fort Worth, TX  76102-2000
brewington2@hotmail.com
BY E-MAIL AND FEDERAL EXPRESS

Donna Zerbo, Esquire
Lease Support Services, Inc.
Octagon Ten Office Center
1719 Route 10, Suite 235
Parsippany, NJ  07054
dmzerbo@hotmail.com
BY E-MAIL AND FEDERAL EXPRESS

Mr. Thomas M. Kane
19 Dolphin Green
Port Washington, NY  11050
BY FEDERAL EXPRESS

AAFCAP, LLC
c/o The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808
BY FEDERAL EXPRESS

| | |
|---|---|
| AAFCOR, LLC | Mr. David Hirsch |
| c/o Delaware Business Incorporators, Inc. | 11193 La Cantera Trail |
| 3422 Old Capitol Trail, Suite 700 | Frisco, TX  75034 |
| Wilmington, DE  19808 | aafcor@tx.rr.com |
| BY FEDERAL EXPRESS | BY E-MAIL AND FEDERAL EXPRESS |

2. Mr. Brewington is, upon information and belief, a lawyer who represents the Defendant, Mr. David Hirsch, in certain related proceedings in the United States District Court for the Eastern District of Texas, Sherman Division (Case No. 4:07-CV-361). Ms. Zerbo is, upon information and belief, a member and a representative of AAFCOR, LLC and AAFCAP, LLC. Ms. Zerbo is also an attorney. Mr. Kane has, on information and belief, a membership interest in AAFCAP, LLC.

3. On Monday, August 20, 2007, I also e-mailed copies of the Documents to Donald N. Mackenzie, Esquire at DMackenzie@vdm-law.com and to Mr. Kane at Tom.Kane@wwcapitalcorp.com. Mr. Mackenzie is, on information and belief, Mr. Kane's attorney.

4. On Tuesday, August 21, 2007, I e-mailed copies of the Documents to Bruce A. Danford, Esquire at badanford@danfordlawfirm.com. On information and belief, Mr. Danford, an attorney, represented the Defendant, David Hirsch, in certain related litigation pending in the United States District Court for the District of Colorado (Civil Action No. 05-cv-01834-MEH-PAC), and Mr. Danford currently represents the Defendant in an appeal from the judgment entered in said litigation.

5. The Federal Express package addressed to Mr. Kane was returned to my office with a note indicating that Mr. Kane had moved from the address given above. In addition, the Federal Express package addressed to AAFCOR, LLC was returned. On

information and belief, Federal Express attempted to deliver that package twice, but the recipient (Delaware Business Incorporators, Inc.) refused delivery.

Dated: August 24, 2007

Respectfully submitted,

STEVENS & LEE, P.C.

   */s/ Joseph Grey*
Joseph Grey (Del. Bar No. 2358)
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Facsimile: (302) 654-5181
Email: jg@stevenslee.com

ATTORNEYS FOR JEFFREY J. WEISS,
PLAINTIFF AND JUDGMENT CREDITOR

SL1 745980v1/102723.00001

# EXHIBIT A

SL1 113271v1/099999.09999

# STEVENS & LEE
### LAWYERS & CONSULTANTS

1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180  Fax (302) 654-5181
www.stevenslee.com

Direct Dial:   (302) 425-3307
Email:         jg@stevenslee.com
Direct Fax:    (610) 371-8516

August 17, 2007

**BY E-MAIL AND FEDERAL EXPRESS
UNLESS OTHERWISE NOTED**

Max Brewington, Esquire
Max Brewington, Attorney at Law
111 N. Houston Street, Suite 205
Fort Worth, TX 76102-2000
brewington2@hotmail.com

Donna Zerbo, Esquire
Lease Support Services, Inc.
Octagon Ten Office Center
1719 Route 10, Suite 235
Parsippany, NJ 07054
dmzerbo@hotmail.com

Mr. Thomas M. Kane
19 Dolphin Green
Port Washington, NY 11050
By Federal Express Only

AAFCAP, LLC
c/o The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808
By Federal Express Only

AAFCOR, LLC
c/o Delaware Business Incorporators, Inc.
3422 Old Capitol Trail, Suite 700
Wilmington, DE 19808
By Federal Express Only

Mr. David Hirsch
11193 La Cantera Trail
Frisco, TX 75034
aafcor@tx.rr.com

Re: <u>Weiss v. Hirsch</u>, D.Del., Misc. Case No. 07-148 JJF

Dear Ladies and Gentlemen:

Please be advised that, on July 27, 2007, we filed an *Application for Registration of Foreign Judgment and for Issuance of Charging Order* (the "Application") with the United States District Court for the District of Delaware (the "Court"). Copies of the Application are enclosed for each of you. On August 17, 2007, the Court entered a *Show Cause Order* in this

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster • Scranton
Williamsport • Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington
A PROFESSIONAL CORPORATION

SL1 745002v1/102723.00001

# STEVENS & LEE
## LAWYERS & CONSULTANTS

Max Brewington, Esquire
Donna Zerbo, Esquire
Mr. Thomas M. Kane
Mr. David Hirsch
AAFCAP, LLC
AAFCOR, LLC

August 17, 2007
Page 2

case, and copies of that Order is enclosed as well. The Court has scheduled a show cause hearing for September 6, 2007 at 9:15 a.m. in Courtroom 4B of the. If you wish, you may file a written response to the Application on or before August 22, 2007.

In addition, the Show Cause Order prohibits Mr. Hirsch and all other persons having knowledge of the Show Cause Order from transferring, diluting, selling, encumbering, pledging, conveying or otherwise dissipating Mr. Hirsch's interests in AAFCAP, LLC and AAFCOR, LLC.

We are sending you these documents because we have identified you as a person with an interest in the case or in one of the subject limited liability companies, or an attorney representing such a person. Should you have any questions regarding this matter, please contact Kelly F. Bagnall, Esquire at (214) 999-6140, Grant Stock, Esquire at (214) 999-6135, or me at the number listed above.

Sincerely,

STEVENS & LEE

Joseph Grey

JG:jg

Enclosures

ccs:   Kelly F. Bagnall, Esquire (w/o enclosures)
       Grant Stock, Esquire (w/o enclosures)

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 24th day of August, 2007, I caused true and correct copies of the foregoing Certificate of Service to be sent via United States first class mail, postage prepaid, to each of the following persons:

| | |
|---|---|
| Max Brewington, Esquire<br>Max Brewington, Attorney at Law<br>111 N. Houston Street, Suite 205<br>Fort Worth, TX  76102-2000 | Donna Zerbo, Esquire<br>Lease Support Services, Inc.<br>Octagon Ten Office Center<br>1719 Route 10, Suite 235<br>Parsippany, NJ  07054 |
| Donald N. Mackenzie,, Esquire<br>Law Office of Vincent D. McNamara<br>Tower Square - 1045 Oyster Bay Road,<br>Suite 1<br>East Norwich, NY 11732 | AAFCAP, LLC<br>c/o The Company Corporation<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |
| AAFCOR, LLC<br>c/o Delaware Business Incorporators, Inc.<br>3422 Old Capitol Trail, Suite 700<br>Wilmington, DE  19808 | Mr. David Hirsch<br>11193 La Cantera Trail<br>Frisco, TX  75034<br>aafcor@tx.rr.com |

                                                          /s/ Joseph Grey
                                                         Joseph Grey