IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY J. WEISS,<br><br>    *Plaintiff,*<br><br>v.<br><br>DAVID HIRSCH,<br><br>    *Defendant.* | §<br>§<br>§<br>§<br>§   Misc. Civil Action No. 07-148 JJF<br>§<br>§<br>§<br>§<br>§<br>§ |

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff Jeffrey J. Weiss hereby certifies as follows:

1. On September 6, 2007, I caused true and correct copies of the Charging Order approved by the Court and entered on the docket that same day [Docket No. 8] to be served via e-mail upon the following persons:

| | |
|---|---|
| Max Brewington, Esquire<br>brewington2@hotmail.com | Donna Zerbo, Esquire<br>dmzerbo@hotmail.com |
| Mr. Thomas M. Kane<br>Tom.Kane@wwcapitalcorp.com | Bruce A. Danford, Esquire<br>badanford@danfordlawfirm.com |
| Donald N. Mackenzie, Esquire<br>DMackenzie@vdm-law.com | Mr. David Hirsch<br>aafcor@tx.rr.com |

2. All of these individuals, and their connections with this action, have been previously identified to the Court.

3. In addition to the foregoing, on September 19, 2007, I caused copies of the Charging Order to be served upon each of the following persons by first class United States mail, postage prepaid:

SL1 751853v1/102723.00001

<div style="columns:2">

Max Brewington, Esquire
Max Brewington, Attorney at Law
111 N. Houston Street, Suite 205
Fort Worth, TX 76102-2000


Donald N. Mackenzie,, Esquire
Law Office of Vincent D. McNamara
Tower Square - 1045 Oyster Bay Road, Suite 1
East Norwich, NY 11732


AAFCOR, LLC
c/o Delaware Business Incorporators, Inc.
3422 Old Capitol Trail, Suite 700
Wilmington, DE 19808


Bruce A. Danford, Esquire
Danford Law Firm, LLC
11971 Quay Street
Broomfield, Colorado 80020


Donna Zerbo, Esquire
Lease Support Services, Inc.
Octagon Ten Office Center
1719 Route 10, Suite 235
Parsippany, NJ 07054


AAFCAP, LLC
c/o The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808


Mr. David Hirsch
11193 La Cantera Trail
Frisco, TX 75034
aafcor@tx.rr.com

</div>

| | |
|---|---|
| Dated: September 19, 2007 | Respectfully submitted,<br><br>STEVENS & LEE, P.C.<br><br> /s/ Joseph Grey<br>Joseph Grey (Del. Bar No. 2358)<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 654-5180<br>Facsimile: (302) 654-5181<br>Email: jg@stevenslee.com<br><br>ATTORNEYS FOR JEFFREY J. WEISS,<br>PLAINTIFF AND JUDGMENT CREDITOR |

# CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 19th day of September, 2007, I caused true and correct copies of the foregoing Certificate of Service to be sent via United States first class mail, postage prepaid, to each of the following persons:

Max Brewington, Esquire
Max Brewington, Attorney at Law
111 N. Houston Street, Suite 205
Fort Worth, TX  76102-2000

Donna Zerbo, Esquire
Lease Support Services, Inc.
Octagon Ten Office Center
1719 Route 10, Suite 235
Parsippany, NJ  07054

Donald N. Mackenzie,, Esquire
Law Office of Vincent D. McNamara
Tower Square - 1045 Oyster Bay Road,
Suite 1
East Norwich, NY 11732

AAFCAP, LLC
c/o The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

AAFCOR, LLC
c/o Delaware Business Incorporators, Inc.
3422 Old Capitol Trail, Suite 700
Wilmington, DE  19808

Mr. David Hirsch
11193 La Cantera Trail
Frisco, TX  75034
aafcor@tx.rr.com

Bruce A. Danford, Esquire
Danford Law Firm, LLC
11971 Quay Street
Broomfield, Colorado  80020

                                                                                         */s/ Joseph Grey*
                                                                                         Joseph Grey