IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY J. WEISS, | X | |
| | X | |
| *Plaintiff,* | X | |
| | X | |
| v. | X | Misc. Civil Action No. 07-148 JJF |
| | X | |
| DAVID HIRSCH, | X | |
| | X | |
| *Defendant.* | X | |

## ACCOUNTING OF INTERESTS

Came on to be considered Defendant David Hirsch ("Hirsch"), who provides to this Court the following to comply with the Charging Order entered in the above-noted and styled Cause, on or about 6 September 2007:

1. As to Hirsch's interest in AAFCOR, LLC: This entity, previously identified to the Court, has no active business, and as far as Hirsch knows, no liquid assets.

2. As to Hirsch's interest in AAFCAP, LLC: This entity, previously identified to the Court, is currently involved in litigation. Hirsch is a member of the entity, takes no salary from it, and has received no disbursement from it [related to the lawsuit, wherein the entity is the plaintiff].

Finally, Hirsch advises the Court that Bruce A. Danford, Esquire, previously identified to the Court, has filed in the United States District Court for the District of Colorado an appeal of the underlying judgment the subject of this collection proceeding.

Dated, October 5, 2007.                    Respectfully submitted,

                                           Max Brewington, Attorney at Law

                                           */s/ Max Brewington*
                                           Max Brewington, SboT #00798079
                                           111 North Houston, Suite 205
                                           Fort Worth, Texas 76102
                                           Telephone: 817.882.9848
                                           Facsimile: 817.882.9841
                                           Email: brewington2@hotmail.com
                                           Attorney for David Hirsch, Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY J. WEISS, | X | |
| | X | |
| Plaintiff, | X | |
| | X | |
| v. | X | Misc. Civil Action No. 07-148 JJF |
| | X | |
| DAVID HIRSCH, | X | |
| | X | |
| Defendant. | X | |

### CERTIFICATE OF SERVICE

The undersigned counsel for Defendant David Hirsch ("Hirsch"), hereby certifies as follows:

1. On October 5, 2007, I caused a true and correct copy of the <u>Accounting of Interests</u> document to be served either by electronic transmission [via e-mail] or by first class mail, United States Postal Service, upon the following:

Donna Zerbo, Esquire
Bruce Danford, Esquire
Jeffrey J. Weiss, through his attorneys Joseph Grey (Delaware)/Kelly Bagnall (Texas)

Dated, October 5, 2007.                    Respectfully submitted,

Max Brewington, Attorney at Law

_Max Brewington_
Max Brewington/SboT #00798079
111 North Houston, Suite 205
Fort Worth, Texas 76102
Telephone: 817.882.9848
Facsimile:  817.882.9841
Email: brewington2@hotmail.com
Attorney for David Hirsch, Defendant


